Philip A. Goldstein
McGuireWoods LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2100
pagoldstein@mcguirewoods.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

| | |
|---|---|
| LIBA STESSEL, *on behalf of herself and others similarly situated*, | Case No. 7:19-cv-3389 |
| Plaintiff, | (Removed from the Supreme Court of the State of New York, County of Orange, Case No. EF001975/2019) |
| v. | |
| FORSTER & GARBUS LLP, CAPITAL ONE BANK, and BULLDOG PROCESS SERVICE, LLC, | **NOTICE OF REMOVAL BY DEFENDANT CAPITAL ONE BANK (USA), N.A.** |
| Defendants. | |

------------------------------------------------------------------- X

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant Capital One Bank (USA), N.A. ("Capital One"), incorrectly identified in the Complaint as "Capital One Bank," removes this action from the Supreme Court of the State of New York, County of Orange to the United States District Court for the Southern District of New York. Removal is appropriate based on federal question jurisdiction and supplemental jurisdiction because Plaintiff Liba Stessel asserts a claim under the Fair Debt Collection Practices Act (the "FDCPA"), and the remaining claims arise out of the same case or controversy. In support of this Notice, Capital One states the following:

**I.     Background**

1.     Plaintiff originally filed this case in the Supreme Court of the State of New York, County of Orange, on or about March 14, 2019, captioned *Liba Stessel v. Forster & Garbus LLP*, *Capital One Bank*, and *Bulldog Process Service, LLC*, bearing Index No. EF001975/2019 (the "State Court Action").  In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Capital One are attached as **Exhibit A**.

2.     This action has not been previously removed to federal court.

3.     The removal of this action to this Court is timely under 28 U.S.C. § 1446(b) because this Notice of Removal is being filed within thirty (30) days of Capital One's receipt of the Complaint.  Capital One received the Complaint on March 18, 2019.

4.     Upon information and belief, the foregoing documents and exhibits constitute all of the process, pleadings, and orders on file in the State Court Action.

5.     The United States District Court for the Southern District of New York is the proper place to file this Notice of Removal under 28 U.S.C. § 1441(a) because it is the federal district court that embraces the place where the original action was filed.

6.     As of the date of this Notice of Removal, Defendants Capital One and Forster & Garbus LLP ("Forster & Garbus") have been served.  Counsel for Capital One has contacted counsel for Forster & Garber, who consents to this removal.  A consent form executed by Forster & Garbus is attached as **Exhibit B**.  Counsel for Capital One has been unable to reach Defendant Bulldog Process Service, LLC or its counsel, if any has been retained.  Upon information and belief, Bulldog Process Service, LLC has ceased operations and no longer exists.

7.      In accordance with 28 U.S.C. § 1446(d), Capital One will give prompt written notice of this Notice of Removal to all parties and to the Clerk of the Supreme Court of the State of New York, County of Orange.  A copy of the Notice of Filing of Notice of Removal to the Supreme Court of the State of New York, County of Orange is attached hereto as **Exhibit C**.

8.      As set forth below, this case is properly removed to this Court because this Court has original jurisdiction over this action under 28 U.S.C. §§ 1331 and 1367.

### II.     This Court Has Federal Question Jurisdiction

9.      This Court has federal question jurisdiction because Plaintiff asserts claims that arise under federal law.  *See* 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States.").

10.     Under 28 U.S.C. § 1441 (a), "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

11.     Plaintiff's "First Cause of Action" alleges violation of the FDCPA, asserting a cause of action under 15 U.S.C. §§ 1692 *et seq*.  *See* **Exhibit A.**  Accordingly, the Complaint presents a federal question within the meaning of 28 U.S.C. § 1331, because it involves claims and/or issues arising in whole or in part under the Constitution, laws, or treaties of the United States.  Therefore, this Court has original jurisdiction over the Supreme Court Action.

12.     Venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(a).

### III.   This Court Has Supplemental Jurisdiction

13. This Court has supplemental jurisdiction over Plaintiff's remaining state law claims because they are part of the same "case or controversy" as the federal law claim. *See* 28 U.S.C. § 1367.

### IV.   Conclusion

14. In filing this Notice of Removal, Capital One does not waive any defenses, either procedural or substantive, and specifically reserves all defenses, exceptions, rights, and motions. No statement or omission in this Notice shall be deemed an admission of any allegations of or damages sought in the Complaint.

WHEREFORE, Capital One files this Notice of Removal and removes this civil action to the United States District Court for the Southern District of New York. Capital One requests that the Court assume exclusive jurisdiction of this action and enter such orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Dated: New York, New York
April 16, 2018

Respectfully Submitted,

**MCGUIREWOODS LLP**

*s/ Philip A. Goldstein*
Philip A. Goldstein
McGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020
(212) 548-2167
pagoldstein@mcguirewoods.com

*Attorneys for Defendant Capital One Bank (USA), N.A.*